JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY ZSUPNIK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No.: CV 17-6188-DMG (GJSx)<br><br>**ORDER APPROVING JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE TO DETERMINE COVERAGE UNDER THE FEDERAL EMPLOYEES COMPENSATION ACT [25]** |

　　　Having reviewed the Joint Stipulation to Dismiss without Prejudice to Determine Coverage under the Federal Employees Compensation Act and good cause appearing therefor:

　　　IT IS HEREBY ORDERED THAT this action is dismissed without prejudice pursuant to the terms of the joint stipulation. All scheduled dates and deadlines are VACATED.

DATED: July 17, 2018

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1